884 A.2d 678

Marc **JORDAN**

v.

**TWELVE HILLS COMMUNITY ASSOCIATION.**

**No. 13, Sept. Term, 2005.**

Court of Appeals of Maryland.

Oct. 12, 2005.

Marc L. Jordan (Jordan & Tell, LLP, on brief), Columbia, for petitioner.

Craig Rosenstein (Rensin & Rosenstein, Riverdale, on brief), for respondent.

Argued before BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 12th day of October, 2005,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.